**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 10, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00423-CV

---

## VICTORIA AMENT, Appellant

## V.

## HARRIS COUNTY EMERGENCY CORPS. AND NATHANIEL PLATT, Appellees

---

### On Appeal from the 127th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-02126

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed March 10, 2020. On August 27, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.